MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
First Assistant United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>      Plaintiff, ) <br>    v. ) <br> JOHN LIN, ) <br>      Defendant. ) | No. CR 12-0217 EMC <br><br> STIPULATION AND [PROPOSED] <br> ORDER DOCUMENTING EXCLUSION <br> OF TIME |

     With the agreement of the parties in open court on April 5, 2012, and with the consent of the defendant John Lin ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 5, 2012, to April 25, 2012. The Court finds and holds, as follows:

     1.    The defendant appeared before the Court on April 5, 2012, for a bond signing. The defendant was ordered released from custody that day.

     2.    At the appearance on April 5, 2012, the Court set the defendant's initial appearance before the assigned district judge, the Honorable Edward M. Chen, for April 25, 2012. Before that date, the government will produce to the defendant discovery related to the charges in this case. Counsel for the defendant needs time to review that discovery and to investigate the case.

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 12-0217 EMC

1      3.      The Court finds that, taking into the account the public interest in the
2  prompt disposition of criminal cases, granting the continuance until April 25, 2012, is
3  necessary for effective preparation of defense counsel. See 18 U.S.C.
4  § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice
5  served by excluding the period from April 5, 2012, to April 25, 2012, outweigh the best
6  interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).
7      4.      Accordingly, and with the consent of the defendant John Lin, the Court
8  orders that the period from April 5, 2012, to April 25, 2012, be excluded from Speedy
9  Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

11 SO STIPULATED.
12 DATED: April 11, 2012         MELINDA HAAG
                                 United States Attorney

14                               _____/s/_____
                                 KYLE F. WALDINGER
15                               Assistant United States Attorney

17 DATED: April 11, 2012         _____/s/_____
                                 ELIZABETH FALK
18                               Counsel for the defendant JOHN LIN

20 IT IS SO ORDERED.

22 DATED: April 12, 2012         _____
                                 MARIA-ELENA JAMES
23                               Chief United States Magistrate Judge

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 12-0217 EMC                           -2-