MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
First Assistant United States Attorney

KYLE WALDINGER  (ILSB 6238304)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROY LIN and<br>JOHN LIN,<br><br>    Defendants. | No. CR 12-0217 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM MAY<br>1, 2012 TO AUGUST 7, 2012 |

    The defendant, Roy Lin, represented by Patrick Robbins, Esquire; defendant, John Lin, represented by Elizabeth Falk, Assistant Public Defender; and the government, represented by David Countryman, Assistant United States Attorney, appeared before the Court on May 1, 2012, for a status hearing.  Each defense counsel requested a continuance of the matter until August 7, 2012.  The matter was continued to August 7, 2012 at 2:00 PM for a further status hearing and to set further proceedings.  Counsel for the defendants requested that time be excluded under the Speedy Trial Act between May 1, 2012 and August 7, 2012 because each needs the remaining period of time to review discovery provided by the government and because of the complexity of the case.  The Court ordered that time would be excluded for effective preparation of defense

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0217 WHA

1  counsel between May 1, 2012, and August 7, 2012.

2        The parties stipulate and request that the time between May 1, 2012, and August 7, 2012,

3  should be excluded under the Speedy Trial Act because: (1) the case is so complex that it is

4  unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within

5  the time limits established by the Speedy Trial Act; and (2) the failure to grant such a

6  continuance would deny counsel for each of the defendants the reasonable time necessary for

7  effective preparation, taking into account the exercise of due diligence.

9  SO STIPULATED.

11 Date: May 9, 2012    MELINDA HAAG
                        United States Attorney

13                      _____/s/_____
                        DAVID COUNTRYMAN
14                      KYLE WALDINGER
                        Assistant United States Attorneys

17 Date: May 9, 2012    _____/s/_____
                        ELIZABETH FALK
                        Counsel for Defendant JOHN LIN

20 Date: May 9, 2012    _____/s/_____
                        PATRICK ROBBINS
                        Counsel for Defendant ROY LIN

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0217 WHA                                  -2-

**[~~PROPOSED~~] ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that: (1) the case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (2) the failure to grant such a continuance would deny counsel for each of the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv). The Court further finds that the ends of justice served by excluding the time between May 1, 2012, and August 7, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 1, 2012, and August 7, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

DATED:  May 9, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIP. AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0217 WHA                    -3-