1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building
450 Golden Gate Avenue
4 | San Francisco, CA 94102
(415) 436-7700
5 |
Counsel for Defendant JOHN LIN
6 |

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,         )    No. CR 12-217 WHA
                                    )
11 |              Plaintiff,         )    **STIPULATION AND ~~[PROPOSED]~~**
                                    )    **ORDER MODIFYING BRIEFING**
12 |    v.                           )    **SCHEDULE ON DEFENDANTS'**
                                    )    **PRETRIAL MOTIONS**
13 | ROY LIN AND JOHN LIN,           )
                                    )    Date:      November 6, 2012
14 |              Defendants.        )    Court:     The Honorable William H.
                                    )               Alsup
15 | _____ )

16 |

17 |         The parties hereby stipulate and agree as follows:

18 |         1.      This matter is currently set for a hearing on Defendants' Motion to Suppress,

19 |         Motion to Strike, and Motion for a Bill of Particulars on November 6, 2012 at

20 |         2:00 p.m. before the Honorable William H. Alsup;

21 |         2.      The parties are actively engaged in settlement discussions.  To further facilitate

22 |         those discussions, the parties hereby stipulate and propose a modification to the

23 |         briefing and hearing schedule on defendants' Motions  as follows;

         Motions Filed:        September 18/19, 2012;
24 |
         Responses Due:        October 24, 2012, as opposed to October 9, 2012;
25 |
         Replies Due:          November 6, 2012
26 |

**HEARING DATE:**   November 20, 2012 at 2:00 p.m.

The parties further stipulate that because motions are currently filed and pending before the Court, time is automatically excluded under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: October 4, 2012

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
COUNSEL FOR JOHN LIN

Dated: October 4, 2012

_____/s/_____
PATRICK ROBBINS
COUNSEL FOR ROY LIN

Dated: October 4, 2012

_____/s/_____
KYLE WALDINGER/HALLIE HOFFMAN
Assistant United States Attorneys

.

## ~~[PROPOSED]~~ ORDER

For the reasons set forth above, the briefing schedule on Defendants' Motion for A Bill of Particulars, Motion to Suppress, and Motion to Strike is hereby MODIFIED as stated in this stipulation.  The hearing date of November 6, 2012 shall be VACATED and a new hearing date is hereby set of **November 20, 2012 at 2:00 p.m..**

**IT IS SO ORDERED**.

DATED:  ___October 4, 2012._____        _____
                                                                    THE HONORABLE WILLIAM H. ALSUP
                                                                    UNITED STATES DISTRICT JUDGE

12-217 WHA; Stipulation to Modify Schedule              2