1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    (415) 436-7700
5
    Counsel for Defendant JOHN LIN
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   No. CR 12-217 WHA
                                       )
11                  Plaintiff,         )   **STIPULATION AND** ~~**[PROPOSED]**~~
                                       )   **ORDER MODIFYING BRIEFING**
12         v.                          )   **SCHEDULE ON DEFENDANTS'**
                                       )   **PRETRIAL MOTIONS**
13  ROY LIN AND JOHN LIN,              )
                                       )   Date:      November 20, 2012
14                  Defendants.        )   Court:     The Honorable William H.
    _____)              Alsup
15

16

17         The parties hereby stipulate and agree as follows:

18         1.      This matter is currently set for a hearing on Defendants' Motion to Suppress,

19         Motion to Strike, and Motion for a Bill of Particulars on November 20, 2012 at

20         2:00 p.m. before the Honorable William H. Alsup;

21         2.      The parties continue to be actively engaged in settlement discussions, with offers

22         and counteroffers having been exchanged.  As the defendants are green card

23         holders, defense counsel need additional time to pass prospective plea agreements

24         to outside-hired immigration attorneys to ensure that defense counsel each meets

25         his or her obligation to advise his or her client of the immigration-related

26         consequences of the defendants' pleas, pursuant to *Padilla v. Kentucky*, 130 S. Ct.

1473 (2010).  This additional consultation is the reason for the requested

continuance, and the defendants are requesting a two week continuance for this

purpose;

3.      According, to ensure the interests of justice and judicial efficiency, and to further

advance plea negotiations, defendants request the following two week

modification to the briefing schedule:

Motions Filed:          September 18/19, 2012;

Responses Due:          November 6, 2012;

Replies Due:            November 20, 2012

**HEARING DATE:    December 4, 2012 at 2:00 p.m.**
(11 above crossed-out 4)

The parties further stipulate that because motions are currently filed and pending

before the Court, time is automatically excluded under the Speedy Trial Act.

4.      The parties further stipulate that if a final global disposition is reached prior to the

December 4, 2012 hearing, the parties will so inform the Court and request that
(11 above crossed-out 4)

the Court convert the motions hearing date to a change of plea date.

IT IS SO STIPULATED.

Dated: October 16, 2012

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
COUNSEL FOR JOHN LIN

Dated: October 16, 2012

_____/S/_____
PATRICK ROBBINS
COUNSEL FOR ROY LIN

Dated: October 16, 2012

_____/S/_____
KYLE WALDINGER/HALLIE HOFFMAN
Assistant United States Attorneys

1

2

3                                    **[PROPOSED]** ORDER

4          For the reasons set forth above, and based on counsel's representation as to the reason for

5   the requested continuance, the briefing schedule on Defendants' Motion for A Bill of Particulars,

6   Motion to Suppress, and Motion to Strike is hereby MODIFIED as stated in this stipulation.  The

7   hearing date of November 20, 2012 shall be VACATED and a new motions hearing date is

8   hereby set of **December 4̶, 2012 at 2:00 p.m.**   The parties are on notice that no further extensions

9   **IT IS SO ORDERED**.                                    will be granted.

10

11   DATED:   October 17, 2012.                _____

12                                            THE HONORABLE WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26