MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
First Assistant United States Attorney

HALLIE MITCHELL HOFFMAN (CABN 210020)
KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorneys

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-mail:   hallie.hoffmann@usdoj.gov
            kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROY LIN and ) <br> JOHN LIN, ) <br> ) <br>    Defendants. ) <br> ) | No.   CR 12-0217 WHA <br><br> STIPULATION AND [PROPOSED] ORDER CONVERTING MOTIONS HEARING TO CHANGE-OF-PLEA HEARING AND SUSPENDING MOTIONS BRIEFING SCHEDULE |

      The parties hereby stipulate and agree as follows:

      1.    This matter is currently set for a hearing on Defendants' Motion to Suppress, Motion to Strike, and Motion for a Bill of Particulars on December 11, 2012 at 2:00 p.m. before the Honorable William H. Alsup;

      2.    The United States' responses to each of the motions are due to be filed on Tuesday, November 6, 2012;

      3.    Counsel for the parties believe that they have reached plea agreements that would result in a global disposition of this matter;

      4.    According, to ensure the interests of justice, judicial efficiency, and preservation

STIP. & [PROPOSED] ORDER
CR 12-0217 WHA

of government resources, the parties jointly request that the Court *convert* the motions hearing currently scheduled for December 11, 2012 to a hearing for entry of plea. The parties further jointly request that the motions briefing schedule previously ordered by the Court be suspended. Because Defendants' motions remain pending, the parties further stipulate and agree that time is automatically excluded under the Speedy Trial Act.

SO STIPULATED.

DATED:  November 2, 2012  MELINDA HAAG
United States Attorney

/s/
HALLIE MITCHELL HOFFMAN
KYLE F. WALDINGER
Assistant United States Attorneys

DATED:  November 2, 2012  /s/
PATRICK D. ROBBINS
Attorney for defendant Roy Lin

DATED:  November 2, 2012  /s/
ELIZABETH M. FALK
Attorney for defendant John Lin

### [PROPOSED] ORDER

For the reasons set forth above, and based on counsel's representations, the briefing schedule on Defendants' Motion for A Bill of Particulars, Motion to Suppress, and Motion to Strike is hereby SUSPENDED as stated in the parties' stipulation.

The motions hearing date currently scheduled for December 11, 2012 is hereby CONVERTED to a hearing for change of plea for both defendants.

IT IS SO ORDERED.

DATED:  November 2, 2012.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER
CR 12-0217 WHA                                                                                         -2-