STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant LIN

**FILED**

JUN 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-217 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING IN-DISTRICT BOND CONDITION PRIOR TO SURRENDER DATE |
| v. | |
| JOHN LIN, | |
| Defendant. | Court: The Honorable Maria Elena James |

The parties hereby stipulate and agree as follows:

1. Mr. Lin has been sentenced to serve 20 months in the custody of the Bureau of Prisons. His surrender date is September 1, 2013;

2. Mr. Lin hereby request permission to travel out of the district prior to his surrender date – to the district of Hawaii, for the purpose of visiting his girlfriend prior to his surrender;

3. Defendant John Lin thus requests this Court to modify the bond condition requiring him to remain in the Northern District of California between July 9 and July 25, 2013, to allow for travel to the state of Hawaii;

4. In so requesting a stay of that bond condition, defendant John Lin hereby attests

|   |   |
|---|---|
| 1 | that he will 1) provide Pretrial Services with an itinerary of his trip, including the |
| 2 | airline travel arrangements and the location at which he will be staying, 2) keep in |
| 3 | telephone contact with U.S. Pretrial Services on a daily basis while out of the |
| 4 | district, and provide all location and contact information daily, and 3) cooperate |
| 5 | with Pretrial Services by providing any and all additional information requested |
| 6 | by that agency regarding his travel plans, travel locations, and contact information |
| 7 | while traveling. |

5. United States Pretrial Services Officer Joshua Libby has been provided this stipulation in advance of filing. He has as no objection to the proposed modification provided that the defendant promises to comply and do comply with the aforementioned conditions stated in Paragraph 4, above;

6. The government has also been consulted about this request. As indicated by the signature below, there is no opposition to the proposed modification.

IT IS SO STIPULATED.

Dated: June 20, 2013

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: June 20, 2013

_____/S/_____
HALLIE HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

## [PROPOSED] ORDER

For the reasons set forth above, the bond conditions of John Lin are hereby modified between July 9, 2013 and July 25, 2013 as follows:

1. The condition requiring the defendant to remain in the Northern District of California is hereby MODIFIED to include and allow travel to and within the state of Hawaii;

2. Defendant John Lin, as a condition of this modification, is required to 1) provide Pretrial Services with an itinerary of his trip, including the airline travel arrangements, proposed dates of travel, and the location he anticipates staying in; 2) keep in telephone contact with U.S. Pretrial Services on a daily basis while out of the district, and provide all location and contact information daily, and 3) cooperate with Pretrial Services by providing any and all additional information requested by that agency regarding his travel plans, travel locations, and contact information while traveling;

3. This modification of bond will terminate on July 25, 2013. The defendant will be required to return to the district by July 25, 2013 and remain here thereafter until the time of surrender.

**IT IS SO ORDERED.**

DATED: 6-21-13

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE